**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-7088**

———————

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

    v.

AL-LAIN DELONT NORMAN,

    Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge.  (2:08-cr-00034-RGD-FBS-1)

———————

Submitted:  September 25, 2014        Decided:  September 30, 2014

———————

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Al-Lain Delont Norman, Appellant Pro Se.  Damion J. Hansen, Special Assistant United States Attorney, Kevin Michael Comstock, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Al-Lain Delont Norman appeals the district court's order denying his motion to preserve his right to challenge his sentence under Alleyne v United States, 133 S. Ct. 2151 (2013). Because Norman previously filed a 28 U.S.C. § 2255 (2012) motion, we conclude that the district court properly determined that it lacked the authority to grant his request. Norman must first obtain authorization from this court before raising a "second or successive" collateral attack on his sentence. 28 U.S.C. § 2255(h); United States v. Winestock, 340 F.3d 200, 205 (4th Cir. 2003). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED